UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 5:14-MJ-2298-JG

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| IBRAHIM MUTHAHER MUSLEH | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the Criminal Complaint, arrest warrant, and all other records in this matter be sealed pending the arrest of the named Defendant, except that copies be provided to the United States Attorney's Office.

It is further ORDERED that (1) the government shall notify the Clerk as soon as possible after the Defendant is arrested, and (2) the Clerk, upon receiving notice from the government that the Defendant is in custody, shall unseal this matter without further order of the Court.

This the 7th day of October, 2014.

James E. Gates
United States Magistrate Judge